IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 7:24CR12 |
| v. | ) | |
| | ) | **SEALED INDICTMENT** |
| JOSEPH RICHARD WALKER, | ) | |
| also known as "Joe," and | ) | In violation of: |
| | ) | 21 U.S.C. § 841 |
| GARRETT ISAAC WILLIAMS, | ) | 21 U.S.C. § 846 |
| also known as "Gary," "Taz," and | ) | 18 U.S.C. § 1951 |
| "Tez," | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 922 |
| Defendants. | ) | 18 U.S.C. § 844 |

## COUNT ONE
(Conspiracy to Distribute and Possess with the Intent to Distribute Marijuana)

1. From on or about January 2023, to on or about April 17, 2023, in the Western District of Virginia, the defendants, **JOSEPH RICHARD WALKER** and **GARRETT ISAAC WILLIAMS**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute and possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(C) and 846.

## COUNT TWO
(Interference with Commerce by Threats or Violence)

1. At all times material to this count of the Indictment, E.R.B. was engaged in interstate commerce, namely, drug trafficking, with the interstate commodities being marijuana.

2. On or about April 17, 2023, in the Western District of Virginia, the defendants, **JOSEPH RICHARD WALKER** and **GARRETT ISAAC WILLIAMS** did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, § 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18 United States Code, § 1951(b)(1), in that defendant **JOSEPH RICHARD WALKER** did unlawfully take and obtain personal property consisting of marijuana from the person and in the presence of E.R.B., against E.R.B.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to E.R.B.'s person, and defendant **GARRETT ISAAC WILLIAMS** aided, abetted, counseled, commanded, induced, and procured the commission of this offense.

3. All in violation of Title 18, United States Code, §§ 2 and 1951(a).

### COUNT THREE
(Possess, Brandish, and Discharge a Firearm in Furtherance of a
Drug Trafficking Crime and Crime of Violence)

1. On or about April 17, 2023, in the Western District of Virginia, the defendant, **JOSEPH RICHARD WALKER**, did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with the intent to distribute marijuana, as set forth in Count One of this Indictment, and a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act robbery, in violation of Title 18, United States Code, § 1951(a), as alleged in Count Two of this Indictment. During this violation of 18 U.S.C. § 924(c), the defendant, **JOSEPH RICHARD WALKER,** did brandish and discharge his firearm.

2

2.  All in violation of Title 18, United States Code, § 924(c)(1)(A).

## COUNT FOUR
(Conspiracy to Interfere with Commerce by Threats or Violence)

1. At all times material to this count of the Indictment, E.R.B. was engaged in interstate commerce, namely, drug trafficking, with the interstate commodities being marijuana.

2. From on or about April 13, 2023, to on or about April 17, 2023, in the Western District of Virginia, the defendants, **JOSEPH RICHARD WALKER** and **GARRETT ISAAC WILLIAMS**, did knowingly and willfully conspire and agree with each other to unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, § 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, § 1951(b)(1), in that the defendants, **JOSEPH RICHARD WALKER** and **GARRETT ISAAC WILLIAMS**, did knowingly and willfully conspire and agree to unlawfully take and obtain personal property consisting of marijuana from the person and in the presence of E.R.B., against E.R.B.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to E.R.B.'s person.

3. All in violation of Title 18, United States Code, § 1951(a).

## COUNT FIVE
(Prohibited Possession of a Firearm)

1. On or about April 17, 2023, in the Western District of Virginia, the defendant, **JOSEPH RICHARD WALKER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms,

to wit: a Sig Sauer 1911 .45 caliber pistol; a Springfield XDM .45 caliber Automatic Colt Pistol; a Rock Island Armory VR80 12-gauge shotgun; an American Tactical Omni Hybrid, multi-caliber rifle; a Sig Sauer P220 Equinox .45 caliber Automatic Colt Pistol; and a Taurus 45-410 Judge .45 caliber Colt/.410 bore revolver, said firearms having been shipped and transported in interstate commerce.

2. All in violation of Title 18, United States Code, § 922(g)(1).

### COUNT SIX
(Malicious Use of Fire)

1. On or about April 17, 2023, in the Western District of Virginia, the defendant, **JOSEPH RICHARD WALKER**, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, a vehicle, namely, a white 2021 Toyota Avalon, used in interstate commerce.

2. All in violation of Title 18, United States Code, § 844(i).

### NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

      a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

      b.  any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

      c.  any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

4

2. The property to be forfeited to the United States includes but is not limited to the following property:

### a. Money Judgment

An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

### b. Firearms and Ammunition

- a Sig Sauer 1911 .45 caliber pistol, serial number 54E051277;
- a Springfield XDM.45 caliber Automatic Colt Pistol, serial number MG542840;
- a Rock Island Armory VR80 12-gauge shotgun, serial number R471514;
- an American Tactical Omni Hybrid, multi-caliber rifle, serial number NS334726;
- a Sig Sauer P220 Equinox .45 caliber Automatic Colt Pistol, serial number 37B011279;
- a Taurus 45-410 Judge .45 caliber Colt/.410 bore revolver, serial number FM549301

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A **TRUE BILL**, this __\\__ day of April, 2024.

                                                *s/Grand Jury Foreperson*_____
                                                GRAND JURY FOREPERSON

_____
CHRISTOPHER R. KAVANAUGH
United States Attorney

6