# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 7:24CR00012-2 |
| | ) | |
| GARRETT ISAAC WILLIAMS | ) | |
| a/k/a "Gary" "Taz" "Tez" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Garrett Isaac Williams                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ❑ Complaint

❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) & (b)(1)(c) and 846-Conspiracy to distribute & Possess w/intent to dist marijuana
18:2 &18:1951(a)-Conspiracy & Robbery
18:1951(a)-Conspiracy to interfere with commerce by threats or violence

Date:      04/11/2024                                                                    , Courtroom Deputy
                                                                        *Issuing officer's signature*

City and state:      Roanoke, Virginia                          C. Kailani Memmer, United States Magistrate Judge
                                                                        *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |